UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO. LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> SANDOZ, INC., SANDOZ INTERNATIONAL GMBH, SANDOZ AG, NOVARTIS AG, and MOMENTA PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 09 CV 10112 (BSJ)(AJP) <br><br> ECF Case <br><br> **NOTICE OF DEFENDANTS SANDOZ INC.'S AND MOMENTA PHARMACEUTICALS, INC.'S MOTION TO STAY LITIGATION PENDING RESOLUTION OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support of Defendants Sandoz Inc.'s and Momenta Pharmaceuticals, Inc.'s Motion to Stay Litigation Pending Resolution of Motion to Dismiss, dated December 15, 2010, and all prior proceedings herein, Defendants Sandoz Inc. and Momenta Pharmaceuticals, Inc., by and through their attorneys, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, hereby move the Court, before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 18B, New York, New York 10007, as soon as counsel may be heard, for an order staying further action in this proceeding until resolution of Defendants' Motion to Dismiss dated January 7, 2010.

sd-540585

Dated: December 15, 2010          By: *[signature]*

                                      Matthew M. D'Amore
Email: mdamore@mofo.com
Karen L. Hagberg
Email: khagberg@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
212-468-8000

David C. Doyle
Email: ddoyle@mofo.com
Anders T. Aannestad
Email: aaannestad@mofo.com
Brian M. Kramer
Email: bkramer@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
858-720-5100
Attorneys for Defendants
SANDOZ INC. and MOMENTA
PHARMACEUTICALS, INC.