UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., <br><br> and <br><br> YEDA RESEARCH AND DEVELOPMENT CO. LTD., <br><br>                    Plaintiffs, <br><br> -against- <br><br> SANDOZ, INC., SANDOZ INTERNATIONAL GMBH, SANDOZ AG, NOVARTIS AG, <br><br> and <br><br> MOMENTA PHARMACEUTICALS, INC., <br><br>                    Defendants. | Civil Action No. 09 CV 10112 (BSJ)(AJP) <br><br> ECF Case <br><br> **NOTICE OF MATERIALS FILED UNDER SEAL IN SUPPORT OF DEFENDANTS SANDOZ INC.'S AND MOMENTA PHARMACEUTICALS, INC.'S MOTION TO DISMISS MOTION TO STAY LITIGATION PENDING RESOLUTION OF MOTION TO DISMISS** |

   Pursuant to the Sealing Order of January 7, 2010 (D.I. 10), in the above-captioned matter, Defendants Sandoz Inc. and Momenta Pharmaceuticals, Inc. hereby give notice that the following materials were filed today under seal:

- Notice of Defendants Sandoz Inc.'s and Momenta Inc.'s Motion to Stay Litigation Pending Resolution of Motion to Dismiss;

- Memorandum of Law in Support of Defendants Sandoz Inc.'s and Momenta Inc.'s Motion to Stay Litigation Pending Resolution of Motion to Dismiss; and

- Declaration of Anders T. Aannestad In Support of Defendants Sandoz Inc.'s and Momenta Inc.'s Motion to Stay Litigation Pending Resolution of Motion to Dismiss.

   These documents contain material that shall be sealed and treated in accordance with the Protective Order to be entered in this case.

| | | |
|---|---|---|
| Dated: December 15, 2010 | By: | /s/ Anders T. Aannestad |

        Matthew M. D'Amore
        MDamore@mofo.com
        Karen L. Hagberg
        KHagberg@mofo.com
        MORRISON & FOERSTER LLP
        1290 Avenue of the Americas
        New York, New York 10104-0050
        212-468-8000

        David C. Doyle
        DDoyle@mofo.com
        Anders T. Aannestad
        AAannestad@mofo.com
        Brian M. Kramer
        BKramer@mofo.com
        MORRISON & FOERSTER LLP
        12531 High Bluff Drive, Suite 100
        San Diego, California  92130-2040
        858-720-5100

        Attorneys for Defendants
        SANDOZ INC. and MOMENTA
        PHARMACEUTICALS, INC.