# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1572

**TEVA PHARMACEUTICALS USA, INC.,
TEVA PHARMACEUTICAL INDUSTRIES LTD.,
TEVA NEUROSCIENCE, INC., and
YEDA RESEARCH AND DEVELOPMENT CO. LTD.,**

*Plaintiffs-Appellants,*

v.

**SANDOZ INC. and
MOMENTA PHARMACEUTICALS, INC.,**

*Defendants-Appellees.*

Appeal from the United States District Court for the Southern District of New York in case no. 09-CV-10112 United States District Judge Katherine B. Forrest.

## MANDATE

In accordance with the judgment of this Court, entered November 20, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:** November 20, 2013

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Anders T. Aannestad
John T. Bennett
Clerk of Court, Southern District of New York (New York)
Henry C. Dinger
David Clarence Doyle
David M. Hashmall
Elizabeth J. Holland
William G. James II
Brian M. Kramer
Brian Robert Matsui
Deanne Maynard
Nicholas K. Mitrokostas
Daryl L. Wiesen

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA PHARMACEUTICALS USA, INC.,
TEVA PHARMACEUTICAL INDUSTRIES LTD.,
TEVA NEUROSCIENCE, INC., and
YEDA RESEARCH AND DEVELOPMENT CO.
LTD.,**
*Plaintiffs-Appellants,*

v.

**SANDOZ INC. and
MOMENTA PHARMACEUTICALS, INC.,**
*Defendants-Appellees.*

---

13-1572

---

Appeal from the United States District Court for the Southern District of New York in case no. 09-CV-10112 United States District Judge Katherine B. Forrest.

---

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

                                    FOR THE COURT

November 20, 2013               /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

**ISSUED AS A MANDATE:** November 20, 2013

cc: Clerk's Office, United States District Court for the Southern District of New York
Anders T. Aannestad
John T. Bennett
Henry C. Dinger
David Clarence Doyle
David M. Hashmall
Elizabeth J. Holland
William G. James II
Brian M. Kramer
Brian Robert Matsui
Deanne Maynard
Nicholas K. Mitrokostas
Daryl L. Wiesen